## J. F. LOWE *v.* HENRY ERLEINSON.

**Weight of Evidence.**
> The Court of Appeals will not disturb a verdict or finding on the weight of evidence, and when an issue is formed and submitted, and there is proof on both sides, and when the trial court or jury has passed on the facts and arrived at a verdict or finding, the Court of Appeals will not interfere to reverse.

### APPEAL FROM KENTON CHANCERY COURT.

February 17, .1881.

OPINION BY JUDGE PRYOR:

The question as to the ownership of the two horses involved the validity of the sale to the appellee, and this was placed directly in issue. The court or jury having passed on the facts, this court will not interfere. There is proof conducing to show a change of possession, and certainly proof establishing the purchase by the appellee. The latter had the horses in Cincinnati and there offered them for sale, and the fact that he kept them in the livery stable owned by the party of whom he purchased should not be allowed to defeat the action. The vendor's business was to keep and provide feed for horses for compensation, and that the purchaser had taken the possession, although he kept them in the same livery stable, was

a fact the jury could well have determined from the facts in the record.

The case was properly dismissed as to Lowe, and he has no cause to complain. The bond of indemnity, while it may have protected the sheriff, did not authorize him to hold or seize the property of the appellee to satisfy an execution to which the appellee was a stranger. This would be a novel mode of transferring title.

Judgment *affirmed.*

*J. M. Tesdale, R. D. Handy, for appellant.*

*J. W. Bryan, for appellee.*